UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80612-Civ-MARRA/JOHNSON

VITACOST.COM, INC.

    Plaintiff

vs.

SUN WATER SYSTEMS, INC.

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice [DE 18]. Having considered the submission, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby DISMISSED with prejudice. Fed. R. Civ. P. 41(a). Any pending motions are denied as moot. This case is **CLOSED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of November, 2008.

_____
KENNETH A. MARRA
United States District Judge

copies to:
Magistrate Judge Johnson
All counsel of record